FILED
CLERK, U.S. DISTRICT COURT
MAY 2 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 10-1201-m |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Juan Ramon Esquivias-Salmon ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)   the appearance of defendant as required; and/or

(B)  (✓)   ~~the safety of any person or the community.~~

//

//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: May 20, 2010

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE